In the Court of Appeals    PD-1249-15
Twelfth Court of Appeals District
Tyler, Texas

Appellant: Rafael Villegas #19512 RECEIVED IN No.12-14-00269-CR
V.                                COURT OF CRIMINAL APPEALS

The Appelle: The State of Texas    SEP 21 2015    Notice of Appeal

Abel Acosta, Clerk

Notice is hereby given that Appellant Rafael Villegas in the Above case, hereby appeals to the Twelfth Court of appeals District of Texas from the final Judgment, from an order that was Placed in Violation to Appellants federal Constitutional Due-Process. In Violation to the First, Fifth and Fourteenth Amendments in the U.S Constitution. Appellant is Illiterate, speaks only spanish and was violated in his 14th Amendment and had a conflict with Attorney right of the start. He was wrongfully incarcerated because of ineffective and malicious Counse that used dilatory and frivolous tactics. Attorneys acting in the Color of State law Purposfully, and Maliciously. Attorneys that are in Violation to ABA Code of Professional Responsibilit (1976). See: Gideon v. Wainwright, 83 S.Ct. 793. Also the Guiding hand of the government. A deliberate Indifference. In this Appeal Appellant Rafael Villegas #1951219 has a motion for the Twelfth Court of Appeals to Compel State of Due Process in his Case and to Compel the lower Court to Perform their official duties in Compliance with the State Constitution. Appellant Rafael Villegas is disgusted and aggrivated with the discriminative, and frivolous tactics used by his Court Appointed counsel.

Appellant Prays the the Twelfth Court of Appeals hears and investigates this case thoroughly and Approves the A Petition for discretionary Review, which is much Needed.

Date: 09-16-2015.
Signature: _____ Rafael Villegas # 195126

FILED IN
COURT OF CRIMINAL APPEALS

McConnell Unit
3001 S. Emily Drive
Beeville, tx. 78102

SEP 23 2015

Abel Acosta, Clerk